IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTELLIGENDER, LLC, <br>     Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. 2:10-cv-125-JRG |
| ADRIAN SORIANO, et al. <br>     Defendants. | § § § § § | |
| ADRIAN SORIANO <br>     Third-Party and <br>     Counter-Plaintiff, | § § § § | |
| v. | § § | |
| Farmacias Ahumada, SA <br>     Third-Party Defendant | § § § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Intelligender, LLC's Amended Application for Injunctive Relief ("Injunction Motion") (Dkt. Nos. 90-92) and Defendants Fourth Joint and Agreed Motion for Extension of Time to Respond to Intelligender, LLC's Injunction Motion (Dkt. No. 152.)  This is the fourth time that the parties have jointly moved to extend the time to respond to the Injunction Motion, indicating that the issues contained therein are not ripe for a determination from the Court at this time.  Accordingly, the Court **DENIES** the Injunction Motion without prejudice to re-filling at a later date and **DENIES AS MOOT** the Fourth Joint Agreed Motion for an Extension of Time.

**So ORDERED and SIGNED this 26th day of June, 2012.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE